FILED: February 28, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1073 (L)
(6:14-cv-00013-NKM-RSB)

_____

ANASTASIA V. WOOTTEN

        Plaintiff - Appellee

v.

COMMONWEALTH OF VIRGINIA DEPARTMENT OF MOTOR VEHICLES; RICHARD D. HOLCOMB, Commissioner of the Department of Motor Vehicles of the Commonwealth of Virginia; JOSEPH HILL, Assistant Commissioner of the Department of Motor Vehicles of the Commonwealth of Virginia; JEANNIE THORPE, Human Resources Director for the Department of Motor Vehicles of the Commonwealth of Virginia

        Defendants - Appellants

and

DAVID MITCHELL, Deputy Commissioner of the Department of Motor Vehicles of the Commonwealth of Virginia; JOHN GAZZOLA, Human Resources Manager for the Department of Motor Vehicles of the Commonwealth of Virginia; WILLIAM ANDERSON, Senior Employee Relations Analyst for the Department of Motor Vehicles of the Commonwealth of Virginia; TOM PENNY, Director of Fuels Tax for the Department of Motor Vehicles of the Commonwealth of Virginia; RONNA HOWARD, Legal Analyst for the Department of Motor Vehicles of the Commonwealth of Virginia; GLORIA WINSTON, Human Resources Representative for the Department of Motor Vehicles of the Commonwealth of Virginia; JENNIFER DAWSON, Program Support Technician for the Department of Motor Vehicles of the Commonwealth of Virginia; COMMONWEALTH OF VIRGINIA; DONALD BOSWELL, Law Enforcement Director for the Department of Motor Vehicles of the Commonwealth of Virginia

Defendants

_____

O R D E R

_____

Upon consideration of submissions relative to consolidation of this case with No. 16-1932, Supinger v. Holcomb, and No. 16-1984, Stultz v. Holcomb, the court grants consolidation of Appeal Nos. 16-1932, Supinger v. Holcomb, and 16-1984, Stultz v. Holcomb, but denies consolidation as to Appeal No. 17-1073(L), Wootten v. Department of Motor Vehicles.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk